# U.S. District Court
## District Of Montana (Billings)
### CIVIL DOCKET FOR CASE #: 1:14–cv–00137–SPW–CSO

Van Dyke et al v. Daiichi Sankyo Inc. et al  
Assigned to: Judge Susan P. Watters  
Referred to: Magistrate Judge Carolyn S Ostby  
Demand: $75,000  
Cause: 28:1332 Diversity–Personal Injury  

Date Filed: 10/14/2014  
Jury Demand: Both  
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Doris L. Van Dyke**     represented by    **Russell D. Yerger**  
YERGER LAW OFFICE  
2722 Third Ave N  
Suite 400  
Billings, MT 59101  
406–256–1500  
Fax: 406–256–1511  
Email: ryerger@180com.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gary L. Wilson**  
ROBINS KAPLAN LLP  
800 LaSalle Avenue, Ste 2800  
Minneapolis, MN 55402–2015  
612–349–8500  
Fax: 612–339–4181  
Email: gwilson@RobinsKaplan.Com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Holly H. Dolejsi**  
ROBINS KAPLAN LLP  
800 LaSalle Avenue, Ste 2800  
Minneapolis, MN 55402–2015  
612–349–8500  
Fax: 612–339–4181  
Email: hdolejsi@robinskaplan.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Munir R. Meghjee**  
ROBINS KAPLAN LLP  
800 LaSalle Avenue, Ste 2800  
Minneapolis, MN 55402–2015  
612–349–8500  
Fax: 612–339–4181  
Email: mmeghjee@RobinsKaplan.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Tara D. Sutton**<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Ste 2800<br>Minneapolis, MN 55402–2015<br>612–349–8500<br>Fax: 612–339–4181<br>Email: tsutton@RobinsKaplan.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Willis E. Van Dyke** | represented by | **Russell D. Yerger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gary L. Wilson**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Holly H. Dolejsi**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Munir R. Meghjee**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Tara D. Sutton**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Daiichi Sankyo Inc.**<br>*doing business as*<br>Sanko USA Development, Sankyo Pharma Development, Sankyo Pharma Inc., Daiichi Sankyo Pharma Development, Daiichi Pharmaceuticals Inc., Daiichi Medical Research Institute Inc., Daiichi Pharma Holdings, | represented by | **Michael C. Zogby**<br>DRINKER BIDDLE &REATH LLP<br>600 Campus Drive<br>Florham Park, NJ 07932–1047<br>973–549–7209<br>Fax: 973–360–9831<br>Email: michael.zogby@dbr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Susan M. Sharko**<br>DRINKER BIDDLE &REATH LLP<br>600 Campus Drive |

        Florham Park, NJ 07932–1047
        973–549–7350
        Fax: 973–360–9831
        Email: susan.sharko@dbr.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Tom Singer**
        Axilon Law Group, PLLC
        P O Box 987
        Billings, MT 59103–0987
        406–294–9466
        Fax: 406–294–9468
        Email: tsinger@axilonlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Daiichi Sankyo U.S. Holdings Inc.**    represented by    **Michael C. Zogby**
*parent company of Daiichi Sankyo, Inc.*                                     (See above for address)
                                                                                                 *LEAD ATTORNEY*
                                                                                                 *ATTORNEY TO BE NOTICED*

        **Susan M. Sharko**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Tom Singer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Forest Laboratories, LLC**    represented by    **Michael C. Zogby**
*formerly known as*                                                                         (See above for address)
Forest Laboratories, Inc.                                                         *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Susan M. Sharko**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Tom Singer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Forest Pharmaceuticals Inc.**    represented by    **Michael C. Zogby**
        (See above for address)
        *LEAD ATTORNEY*

|   |   |   |
|---|---|---|
|   |   | *ATTORNEY TO BE NOTICED* |
|   |   | **Susan M. Sharko**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Tom Singer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Forest Research Institute Inc.** | represented by | **Michael C. Zogby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Susan M. Sharko**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Tom Singer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**John Doe Drug Company Defendants 1–50**
*TERMINATED: 10/28/2014*

**Defendant**

**Jane Doe Distributors 51–100**
*TERMINATED: 10/28/2014*

**Defendant**

**Jane Doe Marketers 101–150**
*TERMINATED: 10/28/2014*

**Defendant**

**Jane Doe Retailers 151–200**
*TERMINATED: 10/28/2014*

**Defendant**

**Jane Doe Wholesalers 201–250**
*TERMINATED: 10/28/2014*

**Defendant**

**Jane Doe Formulators 251–300**
*TERMINATED: 10/28/2014*

**Defendant**

**Jill Doe 301–350**
*TERMINATED: 10/28/2014*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/14/2014 | Ï 1 | COMPLAINT AND DEMAND FOR JURY TRIAL CASE NUMBER IS CV–14–137–BLG–SPW–CSO against All Defendants filed by Willis E. Van Dyke, Doris L. Van Dyke. (Attachments: # 1 Civil Cover Sheet) (ACL, ) Modified on 10/14/201: cp (NOB) (Entered: 10/14/2014) |
| 10/14/2014 | Ï | Filing fee PAID IN THE SHELL CASE: $ 400, receipt number 0977–1478814 (ACL, ) (Entered: 10/14/2014) |
| 10/14/2014 | Ï 2 | Summons Issued as to Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc. (Original plus one copy mailed to attorney) (ACL, ) Modified on 10/14/2014: cp (NOB) (Entered: 10/14/2014) |
| 10/28/2014 | Ï 3 | AMENDED COMPLAINT against All Defendants, filed by Doris L. Van Dyke. (Yerger, Russell) (Entered: 10/28/2014) |
| 10/29/2014 | Ï 4 | MOTION Holly H. Dolejsi to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1488653.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 5 | MOTION Munir R. Meghjee to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1488661.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 6 | MOTION Tara D. Sutton to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1488664.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 7 | MOTION Gary L. Wilson to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1488678.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 10/29/2014) |
| 10/30/2014 | Ï 8 | ORDER denying 4 Motion to Appear Pro Hac Vice ; denying 5 Motion to Appear Pro Hac Vice ; denying 6 Motion to Appear Pro Hac Vice ; denying 7 Motion to Appear Pro Hac Vice WITH LEAVE TO RENEW. Signed by Magistrate Judge Carolyn S Ostby on 10/30/2014. (JDH, ) (Entered: 10/30/2014) |
| 10/30/2014 | Ï | Remark: $250.00 PHV fee refund confirmation received as to receipt #0977–1488653, credit card account holder Russell Yerger. $250.00 PHV fee refund confirmation received as to receipt #0977–1488661, credit card account holder Russell Yerger. $250.00 PHV fee refund confirmation received as to receipt #0977–1488664, credit card account holder Russell Yerger. $250.00 PHV fee refund confirmation received as to receipt #0977–1488678, credit card account holder Russell Yerger. (JDH, ) (Entered: 10/30/2014) |

| | | |
|---|---|---|
| 11/17/2014 | 9 | Second MOTION Holly H. Dolejsi to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1497038.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 11/17/2014) |
| 11/17/2014 | 10 | Second MOTION Munir R. Meghjee to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1497064.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 11/17/2014) |
| 11/17/2014 | 11 | Second MOTION Tara D. Sutton to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1497071.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 11/17/2014) |
| 11/17/2014 | 12 | Second MOTION Gary L. Wilson to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1497073.) Russell D. Yerger appearing for Plaintiff Doris L. Van Dyke Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Yerger, Russell) (Entered: 11/17/2014) |
| 11/18/2014 | 13 | SUMMONS Returned Executed by Doris L. Van Dyke. Daiichi Sankyo Inc. served on 10/20/2014, answer due 11/10/2014. (Attachments: # 1 Affidavit) (Yerger, Russell) (Entered: 11/18/2014) |
| 11/18/2014 | 14 | SUMMONS Returned Executed by Doris L. Van Dyke. Forest Pharmaceuticals Inc. served on 10/20/2014, answer due 11/10/2014. (Attachments: # 1 Affidavit) (Yerger, Russell) (Entered: 11/18/2014) |
| 11/18/2014 | 15 | SUMMONS Returned Executed by Doris L. Van Dyke. Forest Research Institute Inc. served on 10/20/2014, answer due 11/10/2014. (Attachments: # 1 Affidavit) (Yerger, Russell) (Entered: 11/18/2014) |
| 11/18/2014 | 16 | SUMMONS Returned Executed by Doris L. Van Dyke. Forest Laboratories, LLC served on 10/20/2014, answer due 11/10/2014. (Attachments: # 1 Affidavit) (Yerger, Russell) (Entered: 11/18/2014) |
| 11/18/2014 | 17 | SUMMONS Returned Executed by Doris L. Van Dyke. Daiichi Sankyo U.S. Holdings Inc. served on 11/6/2014, answer due 11/28/2014. (Attachments: # 1 Affidavit) (Yerger, Russell) (Entered: 11/18/2014) |
| 11/19/2014 | 18 | ORDER granting 9 Motion Holly H. Dolejsi to Appear Pro Hac Vice ; granting 10 Motion Munir R. Meghjee to Appear Pro Hac Vice ; granting 11 Motion Tara D. Sutton to Appear Pro Hac Vice ; granting 12 Motion Gary L. Wilson to Appear Pro Hac Vice. Signed by Magistrate Judge Carolyn S Ostby on 11/19/2014. (JDH, ) (Entered: 11/19/2014) |
| 11/19/2014 | 19 | Letter from Clerk of Court notifying pro hac vice attorney Holly H. Dolejsi that she will not receive NEFs until she becomes a registered CM/ECF e–filer. (Letter w/copy of Order granting Motion mailed to H. Dolejsi.) (JDH, ) (Entered: 11/19/2014) |
| 11/19/2014 | 20 | Letter from Clerk of Court notifying pro hac vice attorney Munir R. Meghjee that he will not receive NEFs until he becomes a registered CM/ECF e–filer. (Letter w/copy of Order granting Motion mailed to M. Meghjee.) (JDH, ) (Entered: 11/19/2014) |
| 11/19/2014 | 21 | Letter from Clerk of Court notifying pro hac vice attorney Tara D. Sutton that she will not receive NEFs until she becomes a registered CM/ECF e–filer. (Letter w/copy of Order granting Motion mailed to T. Sutton.) (JDH, ) (Entered: 11/19/2014) |
| 11/19/2014 | 22 | |

| | | |
|---|---|---|
| | | Letter from Clerk of Court notifying pro hac vice attorney Gary L. Wilson that he will not receive NEFs until he becomes a registered CM/ECF e–filer. (Letter w/copy of Order granting Motion mailed to G. Wilson.) (JDH, ) (Entered: 11/19/2014) |
| 11/19/2014 | Ï | Remark : Attorney Holly Dolejsi is now a registered e–filer and can now receive electronic notice in this case. (EMH, ) (Entered: 11/19/2014) |
| 11/19/2014 | Ï | Remark: PHV attorney Munir Meghjee is now a registered e–filer and may received NEFs in this case. (JDH, ) (Entered: 11/19/2014) |
| 11/20/2014 | Ï 23 | ANSWER to 3 Amended Complaint by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc.. (Singer, Tom) (Entered: 11/20/2014) |
| 11/20/2014 | Ï 24 | Corporate Disclosure Statement by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc. identifying Corporate Parent Daiichi Sankyo Company, Limited for Daiichi Sankyo U.S. Holdings Inc... (Singer, Tom) (Entered: 11/20/2014) |
| 11/20/2014 | Ï 25 | ANSWER to 3 Amended Complaint by Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Singer, Tom) (Entered: 11/20/2014) |
| 11/20/2014 | Ï 26 | Corporate Disclosure Statement by Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc. identifying Corporate Parent Actavis plc for Forest Laboratories, LLC.. (Singer, Tom) (Entered: 11/20/2014) |
| 11/20/2014 | Ï | Remark: PHV attorneys Tara Sutton and Gary Wilson are now registered e–filers and may receive NEFs in this case. (JDH, ) (Entered: 11/20/2014) |
| 11/21/2014 | Ï 27 | Mailing of Consent to Assignment of Magistrate Judge as Presiding Judge. Electronically mailed to counsel Tom Singer, Russell D. Yerger, Holly H. Dolejsi, Munir R. Meghjee, Tara D. Sutton and Gary L. Wilson. Consent/Objection to USMJ Form due by 12/8/2014. (JDH, ) (Entered: 11/21/2014) |
| 11/21/2014 | Ï 28 | PRELIMINARY PRETRIAL CONFERENCE ORDER.Preliminary Pretrial Statement due by 12/10/2014. Joint Discovery Plan due by 12/10/2014. Statement of Stipulated Facts due by 12/10/2014. Pretrial Conference set for 12/17/2014 at 10:00 AM in Billings, MT before Magistrate Judge Carolyn S Ostby. Signed by Magistrate Judge Carolyn S Ostby on 11/21/2014. (JDH, ) (Entered: 11/21/2014) |
| 12/08/2014 | Ï 29 | ORDER: Consent to the jurisdiction of the United States Magistrate Judge having been withheld or met with objection, this case remains assigned to Honorable Susan P. Watters and referred to United States Magistrate Judge, Honorable Carolyn S. Ostby. Signed by Judge Susan P. Watters on 12/8/2014. (EMH, ) (Entered: 12/08/2014) |
| 12/10/2014 | Ï 30 | JOINT DISCOVERY PLAN by Doris L. Van Dyke, Willis E. Van Dyke. (Dolejsi, Holly) (Entered: 12/10/2014) |
| 12/10/2014 | Ï 31 | STATEMENT OF STIPULATED FACTS by Doris L. Van Dyke, Willis E. Van Dyke. (Dolejsi, Holly) (Entered: 12/10/2014) |
| 12/10/2014 | Ï 32 | PRELIMINARY PRETRIAL STATEMENT by Doris L. Van Dyke, Willis E. Van Dyke. (Dolejsi, Holly) (Entered: 12/10/2014) |
| 12/10/2014 | Ï 33 | PRELIMINARY PRETRIAL STATEMENT by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Singer, Tom) (Entered: 12/10/2014) |
| 12/17/2014 | Ï 34 | MOTION Susan M. Sharko to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977–1512129.) Tom Singer appearing for Defendants Daiichi Sankyo Inc., Daiichi Sankyo U.S. |

| | | |
|---|---|---|
| | | Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc. Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit of Susan M. Sharko, # 2 Text of Proposed Order) (Singer, Tom) (Entered: 12/17/2014) |
| 12/17/2014 | 35 | MOTION Michael C. Zogby to Appear Pro Hac Vice ( Filing fee $ 250 receipt number 0977−1512136.) Tom Singer appearing for Defendants Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc. Motions referred to Carolyn S Ostby. (Attachments: # 1 Affidavit of Michael C. Zogby, # 2 Text of Proposed Order) (Singer, Tom) (Entered: 12/17/2014) |
| 12/17/2014 | 36 | MINUTE ENTRYMinute Entry for proceedings held before Magistrate Judge Carolyn S Ostby: Initial Pretrial Conference held on 12/17/2014. (Law Clerk: JEC), (Hearing held in Billings) (JEC, ) (Entered: 12/17/2014) |
| 12/17/2014 | 37 | SCHEDULING ORDER: Amended Pleadings due by 4/1/2015. Discovery due by 1/15/2016. Motions due by 6/17/2016. Signed by Magistrate Judge Carolyn S Ostby on 12/17/2014. (SEE ORDER FOR SPECIFICS.) (JDH, ) (Entered: 12/17/2014) |
| 12/18/2014 | 38 | ORDER granting 34 Motion Susan M. Sharko to Appear Pro Hac Vice ; granting 35 Motion Michael C. Zogby to Appear Pro Hac Vice. Signed by Magistrate Judge Carolyn S Ostby on 12/18/2014. (JDH, ) (Entered: 12/18/2014) |
| 12/18/2014 | 39 | Letter from Clerk of Court informing PHV attorney Sharko of the CM/ECF registration requirements. She will not receive NEFs until she becomes an e−filer. (JDH, ) Modified on 12/18/2014: conventionally mailed to S. Sharko on this date. (JDH, ). (Entered: 12/18/2014) |
| 12/18/2014 | 40 | Letter from Clerk of Court informing PHV attorney Zogby of the CM/ECF registration requirements. He will not receive NEFs until he becomes a registered e−filer. (Conventionally mailed to M. Zogby on this date.) (JDH, ) (Entered: 12/18/2014) |
| 12/29/2014 | 41 | NOTICE of filing Motion for Transfer of Actions to the Northern District of Ohio. Motion and attached documents filed with the Multi−District Litigation Panel as Case MDL No. 2606. (Attachments: # 1 Brief in Support of Motion for Transfer, # 2 Request for Oral Argument, # 3 Proof of Service) (cp) (NOB) (Entered: 12/29/2014) |
| 01/29/2015 | 42 | First MOTION to Stay Holly H. Dolejsi appearing for Plaintiffs Doris L. Van Dyke, Willis E. Van Dyke Motions referred to Carolyn S Ostby. (Dolejsi, Holly) (Entered: 01/29/2015) |
| 01/29/2015 | 43 | Brief/Memorandum in Support re 42 First MOTION to Stay filed by Doris L. Van Dyke, Willis E. Van Dyke. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Dolejsi, Holly) (Entered: 01/29/2015) |
| 01/30/2015 | 44 | MOTION for Protective Order Tom Singer appearing for Defendants Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc. Motions referred to Carolyn S Ostby. (Attachments: # 1 Proposed Protective Order) (Singer, Tom) (Entered: 01/30/2015) |
| 01/30/2015 | 45 | Brief/Memorandum in Support re 44 MOTION for Protective Order filed by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Singer, Tom) (Entered: 01/30/2015) |
| 01/30/2015 | 46 | AFFIDAVIT in Support re 44 MOTION for Protective Order filed by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Singer, Tom) (Entered: 01/30/2015) |
| 01/30/2015 | 47 | AFFIDAVIT/DECLARATION re 44 MOTION for Protective Order by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Attachments: # 1 Exhibit A− Acknowledgment and Agreement, # |

| | | |
|---|---|---|
| | | 2 Exhibit B – S. District of Calif. Order and Motion) (Singer, Tom) Modified on 2/4/2015 to add descriptive text (JDH, ). (Entered: 01/30/2015) |
| 01/30/2015 | Ï 48 | STIPULATION *Establishing Electronic Discovery Protocol* by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Singer, Tom) (Entered: 01/30/2015) |
| 02/09/2015 | Ï | Remark: PHV attorneys Zogby and Sharko are now registered users and may received NEFs. (JDH, ) (Entered: 02/09/2015) |
| 02/12/2015 | Ï 49 | RESPONSE to Motion re 42 First MOTION to Stay filed by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Attachments: # 1 Exhibit A – Bonner v. Daiichi Sankyo, Inc., et al., Order) (Singer, Tom) (Entered: 02/12/2015) |
| 02/13/2015 | Ï 50 | RESPONSE to Motion re 44 MOTION for Protective Order filed by Doris L. Van Dyke, Willis E. Van Dyke. (Attachments: # 1 Exhibit A– 11/21/14– NJ Protective Order, # 2 Exhibit B–12/8/14– NY Amended Protective Order, # 3 Exhibit C– Defendants' Proposed Protective Order, # 4 Exhibit D– Plaintiffs' Proposed Redlined Protective Order, # 5 Exhibit E– Ambler Protective Order, # 6 Exhibit F– Plaintiffs' Proposed Protective Order– Redlines Accepted) (Dolejsi, Holly) (Entered: 02/13/2015) |
| 02/26/2015 | Ï 51 | REPLY to Response to Motion re 42 First MOTION to Stay *(Reply in Support of Motion to Stay)* filed by Doris L. Van Dyke, Willis E. Van Dyke. (Dolejsi, Holly) (Entered: 02/26/2015) |
| 02/26/2015 | Ï 52 | REPLY to Response to Motion re 44 MOTION for Protective Order filed by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc.. (Attachments: # 1 Exhibit A – Results of Plaintiffs' Demands) (Singer, Tom) (Entered: 02/26/2015) |
| 03/04/2015 | Ï 53 | NOTICE by Daiichi Sankyo Inc., Daiichi Sankyo U.S. Holdings Inc., Forest Laboratories, LLC, Forest Pharmaceuticals Inc., Forest Research Institute Inc. re 49 Response to Motion, *Notice of Supplemental Authority* (Attachments: # 1 Exhibit A – Dirksen v. Daiichi Sankyo, Inc., Text Order, # 2 Exhibit B – McCleskey v. Daiichi Sankyo, Inc., Order) (Singer, Tom) (Entered: 03/04/2015) |
| 04/03/2015 | Ï 54 | NOTICE: Receipt of Panel transfer order. Awaiting certified copy of order from Transferee Court. (JDH, ) (Entered: 04/03/2015) |
| 04/07/2015 | Ï 55 | Transfer Order (MDL) from New Jersey requesting transfer of action. Entire case file sent to requesting District. (JDH, ) (Entered: 04/07/2015) |